856 A.2d 830

Louis GOMEZ, Appellant,

v.

Jeffery A. BEARD, Secretary Pennsylvania Department of Corrections and William Ward, Chairman, Pennsylvania Board of Probation and Parole, Appellees.

Supreme Court of Pennsylvania.

Sept. 3, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of September, 2004, probable jurisdiction is noted and the order appealed is affirmed.